```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**THE ESTATE OF IMOGENE RIDENOUR,**
**by Executrix Billi Jo Volek, and**
**BILLI JO VOLEK,,**

        **Plaintiffs,**

**v.**     //   **CIVIL ACTION NO. 1:20CV202**
                                 **(Judge Keeley)**

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV**
**in his official and personal capacities, and**
**WONDERFULLY WILD LLC,**

        **Defendant.**

**FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING**

Pursuant to Fed.R.Civ.P. 16(b) and 26(f) and Local Rules of Civil Procedure ("LR") 16.01 and 26.01, the Court **SCHEDULES** the case as follows:

```
INITIAL PLANNING MEETING:              October 1, 2020
REPORT FILING DATE:                    October 15, 2020
SCHEDULING CONFERENCE DATE:            October 29, 2020
SCHEDULING CONFERENCE TIME:                   1:30 P.M.
INITIAL DISCOVERY DISCLOSURES
    DUE DATE:                          November 5, 2020
```

    1.    **INITIAL PLANNING MEETING**: Pursuant to Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b), parties to this action shall meet in person or by telephone on or before **October 1, 2020**. At this meeting, they shall discuss all matters required by Fed.R.Civ.P. 16 and 26(f) and LR 16.01(b). The parties shall also consider the benefits

**ESTATE OF IMOGENE RIDENOUR, ET AL. v. ROLLYSON, ET AL.  1:20CV202**

**FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING**

of early mediation and advise in their report whether they wish the Court to schedule the matter for early mediation.

    2.    **MEETING REPORT AND PROPOSED DISCOVERY PLAN**: Pursuant to Fed.R.Civ.P. 26(f) and LR 16.01(c), the parties shall submit a written report on the results of the initial discovery meeting on or before **October 15, 2020**.  This report shall include the parties' report on those matters set forth in LR 16.01(b) and (c) and the parties' discovery plan as required by Fed.R.Civ.P. 26(f).  The parties' report on their meeting shall be considered by this Court as advisory only.  Parties and counsel are subject to sanctions as set forth in LR 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

    3.    **SCHEDULING CONFERENCE/SCHEDULING ORDER**: Upon receipt of the meeting report and proposed discovery plan, the undersigned District Judge **WILL CONDUCT** a scheduling conference on **October 29, 2020,** at **1:30 P.M., IN CHAMBERS**.  See Fed.R.Civ.P. 16(b) and LR 16.01(d). (Please note that the Court conducts scheduling conferences in all cases.) The scheduling conference **SHALL BE** by telephone unless otherwise determined.  The Court directs lead counsel for the plaintiff to arrange the conference call and

**ESTATE OF IMOGENE RIDENOUR, ET AL. v. ROLLYSON, ET AL.   1:20CV202**

**FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING**

provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **October 22, 2020.** The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

    4.   **INITIAL DISCOVERY DISCLOSURES**: Pursuant to LR 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed.R.Civ.P. 26(a)(1) on or before **November 5, 2020**.

    The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: August 25, 2020

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

**ESTATE OF IMOGENE RIDENOUR, ET AL. v. ROLLYSON, ET AL.   1:20CV202**

**FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING**

provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **October 22, 2020.** The Court notifies the parties that any pending motions in the case that are fully briefed **WILL BE ADDRESSED** at the scheduling conference.

    4.   **INITIAL DISCOVERY DISCLOSURES**: Pursuant to LR 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed.R.Civ.P. 26(a)(1) on or before **November 5, 2020**.

    The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: August 25, 2020

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE