```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**THE ESTATE OF IMOGENE RIDENOUR,**
**by Executrix Billi Jo Volek, and**
**BILLI JO VOLEK,**

    **Plaintiffs,**

**v.**                                              **CIVIL ACTION NO. 1:20cv202**
                                                                     **(Judge Keeley)**

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV,**
**in his official and personal capacities, and**
**WONDERFULLY WILD LLC,**

    **Defendants.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

For the reasons stated on the record during a scheduling conference held on October 29, 2020, by telephone, the Court **ORDERED** as follows:

1. Plaintiffs may file an amended complaint against Defendant G. Russell Rollyson, Jr. by **November 13, 2020.** By agreement, counsel for Defendant Rollyson shall accept service of the amended complaint on Defendant's behalf;

2. The parties shall complete discovery by **October 29, 2021;** and

3. A status conference will be held **December 3, 2020** at **11:30 a.m.** by telephone to further schedule the case as necessary. The Court **DIRECTS** lead counsel for the plaintiffs to arrange the conference call and provide dial-in information to all parties and

**ESTATE OF RIDENOUR ET AL. V. ROLLYSON ET AL.**　　　　　　**1:20cv202**

**ORDER FOLLOWING SCHEDULING CONFERENCE**

the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **Wednesday, November 25, 2020**.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: October 29, 2020

　　　　　　　　　　　　　　/s/ Irene M. Keeley
　　　　　　　　　　　　　　IRENE M. KEELEY
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE