# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRTICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR,**             Civil Case No. 1:20-cv-202
**by executrix Billi Jo Volek,**

**and**

**BILLI JO VOLEK,**

    Plaintiffs,

**v.**

**G. RUSSEL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV,**
**in his official and personal capacities,**

**and**

**WONDERFULLY WILD LLC,**

    Defendants.

### CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of November 5, 2020 I served a true and exact copy of the foregoing

*Plaintiffs' Rule 26(a)(1) Disclosures* upon counsel of record via U.S. Postal Service as follows:

David P. Cook, Jr.
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Charleston, WV 25332-3283
*Counsel for G. Russell Rollyson, Jr.*

John R. Funkhouser
Funkhouser & Smith, PLLC
103 Adams Street, Suite 200
Fairmont, WV 26554
*Counsel for Wonderfully Wild LLC*

                                                                                      /s/ Gary M. Smith_____
                                                                                      Gary M. Smith (State Bar ID No. 12602)