# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR**
by executrix Billi Jo Volek and
**BILLI JO VOLEK,**

        **Plaintiffs,**

v.                                             **Civil Action No. 1:20-CV-202**
                                                   **Honorable Judge Keeley**

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent**
**and Nonentered Lands of Marion County, WV,**
in his official and personal capacities, and
**WONDERFULLY WILD LLC,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I, David P. Cook, Jr., counsel for Defendant, G. Russell Rollyson, Jr., do hereby certify that on November 5, 2020, **DEFENDANT G. RUSSELL ROLLYSON, JR.'S RULE 26(a)(1) DISCLOSURES** were served on counsel of record via regular mail.  Notice of the filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel, as described below.

Gary M. Smith, Esq.
Mountain State Justice, Inc.
325 Wiley Street
Morgantown, WV 26505
*Counsel for Plaintiffs*

John R. Funkhouser, Esq.
Funkhouser & Smith, PLLC
103 Adams Street, Suite 200
Fairmont, WV 26554
*Counsel for Wonderfully Wild LLC*

/s/ David P. Cook, Jr.
David P. Cook, Jr., Esq. (WVSB #9905)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)