## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR,**
**by Executrix Billi Jo Volek, and**
**BILLI JO VOLEK,**

      Plaintiffs,

v.                                             CIVIL ACTION NO. 1:20cv202
                                                        (Judge Keeley)

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV,**
**in his official and personal capacities, and**
**WONDERFULLY WILD LLC,**

      Defendants.

### ORDER RESCHEDULING STATUS CONFERENCE

      For good cause, the Court **RESCHEDULES** the telephone status conference in this case from Thursday, December 3, 2020 to **Wednesday, December 2, 2020** at **1:00 P.M**. The Court and the parties will use the call-in information previously circulated by Plaintiffs' counsel.

      It is so **ORDERED.**

      The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: December 1, 2020

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE