## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRTICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR,**　　　　　　　　　　Civil Case No. 1:20-cv-202
**by executrix Billi Jo Volek,**

**and**

**BILLI JO VOLEK,**

　　　　Plaintiffs,

v.

**G. RUSSEL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV,**
**in his official and personal capacities,**

**and**

**WONDERFULLY WILD LLC,**

　　　　Defendants.

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on the 4th day of January, 2021 I served a true and exact copy of the foregoing ***Plaintiffs' First Interrogatories And Requests For Production Of Documents Directed to Defendant Rollyson*** upon counsel of record via electronic and U.S. Postal Service as follows:

David P. Cook, Jr.
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Charleston, WV 25332-3283
dcook@mlclaw.com
*Counsel for G. Russell Rollyson, Jr.*

John R. Funkhouser
Funkhouser & Smith, PLLC
103 Adams Street, Suite 200
Fairmont, WV 26554
john@funkhouserandsmith.com
*Counsel for Wonderfully Wild LLC*

9

/s/ Gary M. Smith  
Gary M. Smith (State Bar ID No. 12602)

/s/ Gary M. Smith  
Gary M. Smith (State Bar ID No. 12602)