# IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR**
by executrix Billi Jo Volek and
**BILLI JOE VOLEK,**

        **Plaintiffs,**

v.                                                                    Civil Action No. 1:20-CV-202
                                                                      Honorable Judge Keeley

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent**
**and Nonentered Lands of Marion County, WV,**
in his official and personal capacities,

        **Defendant.**

## NOTICE OF APPEARANCE

COMES NOW Defendant G. Russell Rollyson, Jr., by counsel, and hereby provides notice of the appearance of Traci L. Wiley, Esq. as co-counsel along with David P. Cook, Jr. for Defendant G. Russell Rollyson, Jr. in the above-styled action. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers and other materials relevant to this action should also be directed to and served upon:

    Traci L. Wiley (WVSB #8080)
    MacCorkle Lavender, PLLC
    300 Summers Street, Suite 800
    Post Office Box 3283
    Charleston, WV 25332.3283
    (304) 344-5600
    (304) 344-8141 (Fax)
    twiley@mlclaw.com

DATED:  February 3, 2021

>G. Russell Rollyson, Jr.,
>
>By counsel,

/s/ Traci L. Wiley
David P. Cook, Jr., Esq. (WVSB #9905)
Traci L. Wiley, Esq. (WVSB #8080)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THE ESTATE OF IMOGENE RIDENOUR**
by executrix Billi Jo Volek and
**BILLI JOE VOLEK,**

          **Plaintiffs,**

v.                                                                      Civil Action No. 1:20-CV-202
                                                                         Honorable Judge Keeley

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent**
**and Nonentered Lands of Marion County, WV,**
in his official and personal capacities,

          **Defendant.**

## CERTIFICATE OF SERVICE

I, Traci L. Wiley, counsel for Defendant, G. Russel Rollyson, Jr., do hereby certify that, on February 3, 2021, I served a true and correct copy of the foregoing ***Notice of Appearance*** upon all counsel/parties of record, via the Court's electronic filing system and addressed as follows:

Gary M. Smith, Esq.
Mountain State Justice, Inc.
325 Wiley Street
Morgantown, WV 26505
*Counsel for Plaintiffs*

/s/ Traci L. Wiley
David P. Cook, Jr., Esq. (WVSB #9905)
Traci L. Wiley, Esq. (WVSB #8080)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)

AIG 9184 - Doc. # 232