IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THE ESTATE OF IMOGENE RIDENOUR
by executrix Billi Jo Volek and
BILLI JOE VOLEK,

                Plaintiffs,

v.

                                      **Civil Action No. 1:20-CV-202**
                                      **Honorable Judge Keeley**

G. RUSSELL ROLLYSON, JR.,
Deputy Commissioner of Delinquent
and Nonentered Lands of Marion County, WV,
in his official and personal capacities,

                Defendant.

## CERTIFICATE OF SERVICE

I, David P. Cook, Jr., counsel for Defendant, G. Russel Rollyson, Jr., do hereby certify that on February 3, 2021, I served a true and correct copy of the foregoing *Defendant G. Russell Rollyson, Jr.'s Answers and Responses to Plaintiffs' First Interrogatories and Requests for Production of Documents Directed to Defendant Rollyson* upon all counsel/parties of record, via the Court's electronic filing system and addressed as follows:

Gary M. Smith, Esq.
Mountain State Justice, Inc.
325 Wiley Street
Morgantown, WV 26505
*Counsel for Plaintiffs*

/s/ David P. Cook, Jr.
David P. Cook, Jr., Esq. (WVSB #9905)
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332.3283
(304) 344-5600
(304) 344-8141 (Fax)

AIG 9184 - Doc. #221