**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**THE ESTATE OF IMOGENE RIDENOUR,**                     **Civil Case No. 1:20-cv-202**
**by executrix Billi Jo Volek,**

**and**

**BILLI JO VOLEK,**

     **Plaintiffs,**

**v.**

**G. RUSSELL ROLLYSON, JR.,**
**Deputy Commissioner of Delinquent and**
**Nonentered Lands of Marion County, WV,**
**in his official and personal capacities,**

     **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2021 I served a true and exact copy of

*Plaintiffs' Second Set Of Interrogatories And Requests For Production of Documents*

*Directed To Defendant Rollyson* upon counsel of record via U.S. Postal Service and electronic

mail as follows:

David P. Cook, Jr.
Traci L. Wiley, Esq.
MacCorkle Lavender PLLC
300 Summers Street, Suite 800
Charleston, WV 25332-3283
dcook@mlclaw.com
twiley@mlclaw.com
*Counsel for G. Russell Rollyson, Jr.*

                    /s/ Gary M. Smith_____
                    Gary M. Smith (State Bar ID No. 12602)

5